UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NSA SAM,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT D. KELLAMS, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C16-0811JLR<br><br>ORDER |

Pursuant to the court's scheduling order (Sched. Order (Dkt. # 8) at 2), counsel for Plaintiff Nsa Sam contacted the court to request a conference regarding a discovery dispute. The court ORDERS the parties to brief the discovery dispute in the following manner:

- Ms. Sam must file her motion to compel no later than Thursday, February 16, 2017. Accompanying the motion, Ms. Sam must submit a chart that identifies and quotes each discovery request at issue. The motion may not exceed eight (8) pages, and the chart does not count towards the eight-page limit.

ORDER - 1

- Defendants must file their response no later than Wednesday, February 22, 2017. The response may not exceed eight (8) pages.
- Ms. Sam may, but is not required to, file a reply in support of her motion to compel no later than Friday, February 24, 2017. The reply may not exceed four (4) pages.

The court sets a hearing on the motion to compel for 2:00 p.m. on Tuesday, February 28, 2017.

Dated this 14th day of February, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2