Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NSA SAM,<br><br>              Plaintiff,<br><br>v.<br><br>ROBERT D. KELLAMS, a Kent Police Officer and his marital community; JOHN PAGEL, a Kent Police Officer and his marital community; MARK WILLIAMS, a Kent Police Officer and his marital community; and CITY OF KENT, a municipal corporation,<br><br>              Defendants. | No. 2:16-cv-00811-JLR<br><br>STIPULATED MOTION TO ALLOW RULE 30(b)(6) DEPOSITION TO OCCUR AFTER DISCOVERY CLOSES<br><br>NOTED FOR CONSIDERATION:<br>March 9, 2017 |

**STIPULATED MOTION**

The parties stipulate and jointly request that the Court permit Plaintiff Nsa Sam to take a Rule 30(b)(6) deposition of the City of Kent within two weeks after discovery closes. On February 27, three weeks before the discovery cutoff, Plaintiff properly requested a Rule 30(b)(6) deposition of the City related to training on high-risk stops and training on interpreting an NCIC and WACIC printout. The City's designee to testify regarding these topics has been on leave out of state. He returns to work tomorrow, and is scheduled to work all night prior to

STIPULATED MOTION TO ALLOW RULE 30(b)(6)
DEPOSITION TO OCCUR AFTER DISCOVERY CLOSES
(No. 2:16-cv-00811-JLR) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

each of the two dates Plaintiff's counsel offered for the deposition. The City offered two other dates for the deposition, but Plaintiff's counsel is in California those dates.

Accordingly, good cause having been shown, the parties request the Court permit Plaintiff to take this 30(b)(6) deposition by April 3. The remainder of discovery will still close on March 20 as the Court previously ordered.

DATED: March 9, 2017

| CIVIL RIGHTS JUSTICE CENTER, PLLC<br>Attorney for Plaintiff Nsa Sam | MILLS MEYERS SWARTLING P.S.<br>Attorneys for the City of Kent, retired Sergeant Pagel, retired Officer Kellams, and Officer Williams |
|---|---|
| By: *s/Darryl Parker* per 3/9/17 telephonic authority<br>Darryl Parker, WSBA No. 30770<br>Civil Rights Justice Center PLLC<br>2150 North 107th Street, Suite 520<br>Seattle, WA  98133<br>Telephone: (206) 557-7719<br>Fax: (206) 659-0183<br>E-mail: dparker@civilrightsjusticecenter.com | By: *s/Nikki C. Carsley*<br>Geoffrey Grindeland, WSBA No. 35798<br>Nikki C. Carsley, WSBA No. 46650<br>Mills Meyers Swartling P.S.<br>1000 2nd Avenue, 30th Floor<br>Seattle, WA  98104<br>Telephone: (206) 382-1000<br>Fax: (206) 386-7343<br>E-mail: ggrindeland@millsmeyers.com<br>ncarsley@millsmeyers.com |

## ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED: 9 March, 2017

Honorable James L. Robart

STIPULATED MOTION TO ALLOW RULE 30(b)(6) DEPOSITION TO OCCUR AFTER DISCOVERY CLOSES (No. 2:16-cv-00811-JLR) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Ada Ko Wong: ada@akw-law.com, adakowong.esq@gmail.com, paralegal@akw-law.com

Darryl Parker: dparker@civilrightsjusticecenter.com, ogee@civilrightsjusticecenter.com, amichel@civilrightsjusticecenter.com, rstefanski@civilrightsjusticecenter.com

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participants:

N/A

Dated this 9th day of March 2017.

s/Anna Armitage
_____
Anna Armitage

STIPULATED MOTION TO ALLOW RULE 30(b)(6)
DEPOSITION TO OCCUR AFTER DISCOVERY CLOSES
(No. 2:16-cv-00811-JLR) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343